JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RAY BARTON,<br><br>            Petitioner,<br><br>   v.<br><br>SAN JUAQUIN,<br><br>            Respondent. | Case No. CV 19-04831 FMO (RAO)<br><br>JUDGMENT |

     IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order Regarding Summary Dismissal of Petition for Writ of Habeas Corpus and Denial of Certificate of Appealability.

DATED: June 12, 2019

                                       _____/s/_____
                                       FERNANDO M. OLGUIN
                                       UNITED STATES DISTRICT JUDGE